IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

| DAVID MILLER    Plaintiff  VERSUS  MISSISSIPPI RESOURCES, LLC    Defendant | CASE: 5:17-cv-00041-DCB-MTP |
|---|---|

## ORDER

Considering the foregoing motion:

**IT IS HEREBY ORDERED** that the motion is GRANTED and the deadlines to file an opposition to Defendant's motion for summary judgment is extended to October 28, 2019.

Signed this 22nd day of October, 2019.

___/s/ David Bramlette_____
UNITED STATES DISTRICT COURT JUDGE